# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **MICHAEL DZEDZEJ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 3:18-cv-00039-slc |
| | ) | |
| v. | ) | **Magistrate Judge Crocker** |
| | ) | |
| **NATIONAL CREDIT ADJUSTERS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF DEFAULT

Plaintiff, MICHAEL DZEDZEJ, has requested that the Clerk of this Court enter a default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, NATIONAL CREDIT ADJUSTERS, LLC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___9th_____ day of March, 2018.

                                                                     s/L. Kamke, Deputy Clerk
                                                                     Peter Oppeneer, Clerk of Court